## 7734. KNIGHT *v.* THE STATE.

WADE, C. J. The jury found the circumstances in proof sufficient to establish the guilt of the accused to the exclusion of every other reasonable hypothesis, and the trial judge approved as correct the result reached by them. The evidence, though circumstantial, appears to support the verdict. The court therefore did not err in overruling the motion for a new trial, based upon the general grounds only. *Judgment affirmed.*

DECIDED OCTOBER 31, 1916.

Indictment for larceny; from Wayne superior court—Judge Highsmith. June 17, 1916.

*Ben A. Way, Gibbs & Turner,* for plaintiff in error.

*J. H. Thomas, solicitor-general,* contra.